IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CHARLES W. OUTLAW, III, | : | |
| | : | |
| Plaintiff, | : | CASE NO. |
| v. | : | 5:11-CV-325-CAR-MSH |
| | : | |
| MS. STEPHENSON, MS. SELESKA, | : | |
| MS. BETH, DR. MOODY, A.L. JONES, | : | |
| MR. JORDAN, SHARON LEWIS, and | : | |
| STUART HOLT, | : | |
| | : | |
| Defendants. | : | |

_____

ORDER ON THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 10] that certain claims and Defendants be dismissed from this action pursuant to 28 U.S.C. § 1915A(b).  No Objection was filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge.  The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT.**

Plaintiff's § 1983 claims against Defendants Stephenson, Seleska, Beth, Moody, Jones, Jordan, Lewis and Holt may move forward.  However, Plaintiff's § 1983 claims against Defendants Lewis and Holt may only move forward to the extent Plaintiff seeks prospective injunctive relief.  Plaintiff's § 1983 claims for damages against Defendants

Lewis and Holt are hereby **DISMISSED.** Plaintiff may move forward with his ADA claims against Defendants Lewis and Holt, but Plaintiff's ADA claims against individual Defendants Stephenson, Seleska, Beth, Dr. Moody, Jones and Jordan are **DISMISSED**.

    SO ORDERED, this 9th day of November, 2011.

                                   <u>S/  C. Ashley Royal</u>
                                   C. ASHLEY ROYAL, CHIEF JUDGE
                                   UNITED STATES DISTRICT COURT

AES