IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **CHARLES OUTLAW, III,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 5:11-CV-325-CAR-MSH |
| | : | |
| **MS STEVENSON,** *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER ON MAGISTRATE JUDGE'S REPORT & RECOMMENDATION**

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 29] to grant Defendants' Motion to Dismiss [Doc. 21], thereby dismissing all of Plaintiff's claims against the named Defendants. Plaintiff has not filed an objection to the Recommendation. Having considered the Report and Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge that Plaintiff fails to state a claim upon which relief may be granted. Therefore, the Recommendation of the United States Magistrate Judge [Doc. 29] is hereby **ADOPTED AND MADE THE ORDER OF THE COURT**. Accordingly, Defendants' Motion to Dismiss [Doc. 21] is **GRANTED**.

**SO ORDERED,** this 24th  day of September, 2012.

                                                 <u>S/  C. Ashley Royal</u>
                                                 C. ASHLEY ROYAL, CHIEF JUDGE
                                                 UNITED STATES DISTRICT COURT

BBP/lmh